# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2019

## NO. 03-19-00370-CV

**Ellen P. Stewart, the Court-Appointed Attorney ad Litem for the Proposed Ward, A. C., Appellant**

**v.**

**The Estate of Andrea Crowson and CareFor, Appellees**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on April 30, 2019. Ellen P. Stewart, the Court-Appointed Attorney ad Litem for the Proposed Ward, A. C. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. No costs relating to this appeal will be assessed.